John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 816693

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20295 | 004-0 | LUCY DEHART CARRIKER<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxx8214 | 0.00 | 188.35 | 0.00 | 188.35 |
| 05-61656 | 006-0 | BUDDY JAMES ROUTON<br>Original Check written to:<br>WELLS FARGO BANK NA<br>3476 STATEVIEW BLVD<br>MAC#X7801-014<br>FT MILL, SC  29715- | xxxxxx8135 | 0.00 | 379.59 | 0.00 | 379.59 |
| 07-60685 | 003-0 | JOHNNIE R POWERS<br>Original Check written to:<br>FRIEDMANS INC<br>4550 EXCEL PKWY # 100<br>ADDISON, TX  75001-5606 | | 0.00 | 53.51 | 6.12 | 59.63 |
| 07-60771 | 002-0 | TAM THI TRAN<br>Original Check written to:<br>CITIFINANCIAL<br>P O BOX 499<br>HANOVER, MD  21076- | 2141 | 0.00 | 14.58 | 1.10 | 15.68 |
| 07-60771 | 002-1 | TAM THI TRAN<br>Original Check written to:<br>CITIFINANCIAL<br>P O BOX 499<br>HANOVER, MD  21076- | 2141 | 2,618.13 | 194.87 | 0.00 | 194.87 |
| 07-60771 | 024-0 | TAM THI TRAN<br>Original Check written to:<br>HORSESHOE CASINO CITY<br>C/O HARRIS & DIAL, PC<br>65 FLAGSHIP DRIVE<br>NORTH ANDOVER, MA  01845- | 5882 | 977.26 | 72.74 | 0.00 | 72.74 |
| 08-20012 | 004-0 | RUSTY LEE JONES<br>Original Check written to:<br>NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE  68509-4818 | 5262 | 207.83 | 215.17 | 0.00 | 215.17 |